The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on December 02, 2010, which may be different from its entry on the record.

**IT IS SO ORDERED.**



**Dated: December 02, 2010**

**Arthur I. Harris
United States Bankruptcy Judge**

---

BK1008131
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-16141 |
| Shirley L Avery | Chapter 7<br>Judge Harris |
| Debtor | |
| | **ORDER GRANTING MOTION OF US BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 18114 PINE AVENUE, FONTANA, CA 92335** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, N.A. ("Movant"). (Docket **23**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 18114 Pine Avenue Fontana, CA 92335.

###

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Shirley L Avery - Debtor
5303 Northfield Rd
#621
Bedford Heights, OH 44146
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Virgil E. Brown, Jr - Trustee
2136 Noble Road
Cleveland, OH 44112
vbrownjr@ecf.epiqsystems.com
VIA ELECTRONIC SERVICE

Maritza Matus - Titleholder
18114 Pine Avenue
Fontana, CA 92335
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Shirley L Avery - PRO SE
5303 Northfield Rd
#621
Bedford Heights, OH 44146
ORDINARY U.S. MAIL, POSTAGE PREPAID